UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT DAVIS, MICHAEL FELTZ, and MARK JOHNS, individually and on behalf of all similarly situated individuals, | ) ) ) |
| Plaintiffs, | ) CASE NO. 08-CV-5827 ) ) |
| v. | ) JUDGE GOTTSCHALL ) MAGISTRATE JUDGE BROWN ) |
| SOH DISTRIBUTION COMPANY, INC. and SNYDER'S OF HANOVER, INC., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs, Robert Davis, Michael Feltz and Mark Johns, through their undersigned counsel, hereby stipulate to the voluntary dismissal of this action and all claims raised therein, without prejudice, each party to bear its own costs.

Dated: February 5, 2009

_____
Michael Johnson
Johnson & Associates
415 North LaSalle Street, Suite 502
Chicago, IL 60610

Clayton D. Halunen
Halunen & Associates
80 South Eighth Street
1650 IDS Center
Minneapolis, MN 55042

ATTORNEYS FOR PLAINTIFFS

Exhibit "A"