## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
## Eastern Division

Robert Davis, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−05927
                                                      Honorable Joan B. Gottschall

SOH Distribution Company, Inc., et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 19, 2009:


    MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Stipulation of Dismissal [19] filed 2/5/09, this case is dismissed without prejudice, each party to bear its own costs. Motion to transfer case [15] is denied as moot; Motion to dismiss [15] is denied as moot;Civil case terminated. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.